UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WHITTLE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06-CV-01014-ERW |
| | ) | |
| DONALD BLANKENSHIP, | ) | |
| DAVID M. RIGHTNOWAR, | ) | |
| JAMES R. SCHRIMPSHER, | ) | |
| PHELPS COUNTY, TAMMY | ) | |
| TERRY, WILLIAM ABBOTT, and | ) | |
| MILLER COUNTY | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendant Phelps County are **DISMISSED, with prejudice**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Count Four against Defendants Donald Blankenship, David Rightnowar and James Schrimpsher is **DISMISSED, with prejudice**. Counts One and Two against Defendants Donald Blankenship, David Rightnowar and James Schrimpsher remain.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Count Three against Defendants Tammy Terry, William Abbott and Miller County remains.

Dated this 4th day of December, 2006.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

PDF created with FinePrint pdfFactory trial version www.pdffactory.com